Bailey v Collins- Burke Funeral Homes, Inc
Plaintiff's Backpay Chart

| Back Pay From | Back Pay To | Back Pay Rate |
|---|---|---|
| 9/25/2019 | 10/1/2019 | $ 117.90 |
| 10/2/2019 | 10/8/2019 | $ 117.90 |
| 10/9/2019 | 10/15/2019 | $ 117.90 |
| 10/16/2019 | 10/22/2019 | $ 117.90 |
| 10/23/2019 | 10/29/2019 | $ 117.90 |
| 10/30/2019 | 11/5/2019 | $ 117.90 |
| 11/6/2019 | 11/12/2019 | $ 117.90 |
| 11/13/2019 | 11/19/2019 | $ 117.90 |
| 11/20/2019 | 11/26/2019 | $ 117.90 |
| 11/27/2019 | 12/3/2019 | $ 117.90 |
| 12/4/2019 | 12/10/2019 | $ 117.90 |
| 12/11/2019 | 12/17/2019 | $ 117.90 |
| 12/18/2019 | 12/24/2019 | $ 117.90 |
| 12/25/2019 | 12/31/2019 | $ 117.90 |
| 1/1/2020 | 1/7/2020 | $ 117.90 |
| 1/8/2020 | 1/14/2020 | $ 117.90 |
| 1/15/2020 | 1/21/2020 | $ 117.90 |
| 1/22/2020 | 1/28/2020 | $ 117.90 |
| 1/29/2020 | 2/4/2020 | $ 117.90 |
| 2/5/2020 | 2/11/2020 | $ 117.90 |
| 2/12/2020 | 2/18/2020 | $ 117.90 |
| 2/19/2020 | 2/25/2020 | $ 117.90 |
| 2/26/2020 | 3/3/2020 | $ 117.90 |
| 3/4/2020 | 3/10/2020 | $ 117.90 |
| 3/11/2020 | 3/17/2020 | $ 117.90 |
| 3/18/2020 | 3/24/2020 | $ 117.90 |
| 3/25/2020 | 3/31/2020 | $ 117.90 |
| 4/1/2020 | 4/7/2020 | $ 123.15 |
| 4/8/2020 | 4/14/2020 | $ 123.15 |

Bailey v Collins- Burke Funeral Homes, Inc
Plaintiff's Backpay Chart

| | | | |
|---|---|---|---|
| 4/15/2020 | 4/21/2020 | $ | 123.15 |
| 4/22/2020 | 4/28/2020 | $ | 123.15 |
| 4/29/2020 | 5/5/2020 | $ | 123.15 |
| 5/6/2020 | 5/12/2020 | $ | 123.15 |
| 5/13/2020 | 5/19/2020 | $ | 123.15 |
| 5/20/2020 | 5/26/2020 | $ | 123.15 |
| 5/27/2020 | 6/2/2020 | $ | 123.15 |
| 6/3/2020 | 6/9/2020 | $ | 123.15 |
| 6/10/2020 | 6/16/2020 | $ | 123.15 |
| 6/17/2020 | 6/23/2020 | $ | 123.15 |
| 6/24/2020 | 6/30/2020 | $ | 123.15 |
| 7/1/2020 | 7/7/2020 | $ | 123.15 |
| 7/8/2020 | 7/14/2020 | $ | 123.15 |
| 7/15/2020 | 7/21/2020 | $ | 123.15 |
| 7/22/2020 | 7/28/2020 | $ | 123.15 |
| 7/29/2020 | 8/4/2020 | $ | 123.15 |
| 8/5/2020 | 8/11/2020 | $ | 123.15 |
| 8/12/2020 | 8/18/2020 | $ | 123.15 |
| 8/19/2020 | 8/25/2020 | $ | 123.15 |
| 8/26/2020 | 9/1/2020 | $ | 123.15 |
| 9/2/2020 | 9/8/2020 | $ | 123.15 |
| 9/9/2020 | 9/15/2020 | $ | 123.15 |
| 9/16/2020 | 9/22/2020 | $ | 123.15 |
| 9/23/2020 | 9/29/2020 | $ | 123.15 |
| 9/30/2020 | 10/6/2020 | $ | 123.15 |
| 10/7/2020 | 10/13/2020 | $ | 123.15 |
| 10/14/2020 | 10/20/2020 | $ | 123.15 |
| 10/21/2020 | 10/27/2020 | $ | 123.15 |
| 10/28/2020 | 11/3/2020 | $ | 123.15 |
| 11/4/2020 | 11/10/2020 | $ | 123.15 |
| 11/11/2020 | 11/17/2020 | $ | 123.15 |

Bailey v Collins- Burke Funeral Homes, Inc
Plaintiff's Backpay Chart

| | | | |
|---|---|---|---|
| 11/18/2020 | 11/24/2020 | $ | 123.15 |
| 11/25/2020 | 12/1/2020 | $ | 123.15 |
| 12/2/2020 | 12/8/2020 | $ | 123.15 |
| 12/9/2020 | 12/15/2020 | $ | 123.15 |
| 12/16/2020 | 12/22/2020 | $ | 123.15 |
| 12/23/2020 | 12/29/2020 | $ | 123.15 |
| 12/30/2020 | 1/5/2021 | $ | 123.15 |
| 1/6/2021 | 1/12/2021 | $ | 123.15 |
| 1/13/2021 | 1/19/2021 | $ | 123.15 |
| 1/20/2021 | 1/26/2021 | $ | 123.15 |
| 1/27/2021 | 2/2/2021 | $ | 123.15 |
| 2/3/2021 | 2/9/2021 | $ | 123.15 |
| 2/10/2021 | 2/16/2021 | $ | 123.15 |
| 2/17/2021 | 2/23/2021 | $ | 123.15 |
| 2/24/2021 | 3/2/2021 | $ | 123.15 |
| 3/3/2021 | 3/9/2021 | $ | 123.15 |
| 3/10/2021 | 3/16/2021 | $ | 123.15 |
| 3/17/2021 | 3/23/2021 | $ | 123.15 |
| 3/24/2021 | 3/30/2021 | $ | 123.15 |
| 3/31/2021 | 4/6/2021 | $ | 123.15 |
| 4/7/2021 | 4/13/2021 | $ | 123.15 |
| 4/14/2021 | 4/20/2021 | $ | 123.15 |
| 4/21/2021 | 4/27/2021 | $ | 123.15 |
| 4/28/2021 | 5/4/2021 | $ | 123.15 |
| 5/5/2021 | 5/11/2021 | $ | 123.15 |
| 5/12/2021 | 5/18/2021 | $ | 123.15 |
| 5/19/2021 | 5/25/2021 | $ | 123.15 |
| 5/26/2021 | 6/1/2021 | $ | 123.15 |
| 6/2/2021 | 6/8/2021 | $ | 123.15 |
| 6/9/2021 | 6/15/2021 | $ | 123.15 |
| 6/16/2021 | 6/22/2021 | $ | 123.15 |

Bailey v Collins- Burke Funeral Homes, Inc
Plaintiff's Backpay Chart

| | | | |
|---|---|---|---|
| 6/23/2021 | 6/29/2021 | $ | 123.15 |
| 6/30/2021 | 7/6/2021 | $ | 123.15 |
| 7/7/2021 | 7/13/2021 | $ | 123.15 |
| 7/14/2021 | 7/20/2021 | $ | 123.15 |
| 7/21/2021 | 7/27/2021 | $ | 123.15 |
| 7/28/2021 | 8/3/2021 | $ | 123.15 |
| 8/4/2021 | 8/10/2021 | $ | 123.15 |
| | | $ | 11,926.95 |